IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | No. 18-389 |
| | : | |
| **NICOLAS ISRAEL RODRIGUEZ** | : | |

# ORDER

This 15th day of September, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Suppress Evidence, ECF 54, is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　  s/Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge